The Honorable William G. Young
United States District Court
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210

RE: United States v. James J. Kerasiotes

Dear Judge Young,

My name is Stephen O'Neill and I write requesting leniency in the sentencing of my friend, James J. Kerasiotes.

Jim and I first met in the early 1990s, when Jim was being appointed Highway Commissioner by Governor Weld. At the time, I was a low-level staffer in the Governors' Office. Given Jim's vaunted reputation as a tough manager, I was surprised to see that he was such a nice person. At his swearing-in, Jim was accompanied by his young family. It was clear that Jim was an adoring father who was most proud of his children. I couldn't help being moved watching his young son, Alex, looking up to his dad in complete awe. It was truly a touching scene. I also noticed that Jim treated every person with whom he came into contact with the utmost grace and dignity. Later, when I became Chief of Staff to the Governor, I often sought Jim's advice. Consistently, Jim advised me to always be guided by clear principles and act with the utmost integrity.

Over the last twenty years, I have become friends with Jim. Throughout that time, my first impression of Jim was reinforced repeatedly. He is, above all, a good man and adoring husband and father and a true friend. During my most trying time, when my triplet daughters were born profoundly premature and gravely ill, Jim proved again that he is a kind and decent friend. He has a special skill for reaching out when friends are in need and springing to action to offer support. As the father of a disabled child, I learned that Jim had a sibling with similar challenges. His position has always been one of selflessness; that our humanity requires that we sacrifice ourselves for others. Jim's heart is not small and this is what I admire most about him.

As you weigh your decision, please know that Jim is a good man whose kind deeds are many and often anonymous. I hope you will find it in your heart to treat him with the kindness that he has shown to so many others.

Respectfully,

*Stephen J. O'Neill*
Stephen O'Neill
4 Charlotte Drive
Andover, MA 01810